UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KARYN RISCH,

       Plaintiff,

CASE NO. 06-12521

v

HON. JOHN CORBETT O'MEARA

CITY OF ROYAL OAK POLICE
DEPARTMENT,

       Defendant.
_____/

RICHARD I. LIPPITT (P-64242)
Attorney for Plaintiff
425 W. Huron, Suite 220
Milford, Michigan 48381
(248) 685-1122

**CUMMINGS, McCLOREY, DAVIS & ACHO, P.L.C.**
By:    **EILEEN K. HUSBAND** (P-38059)
33900 Schoolcraft
Livonia, Michigan 48150
(734) 261-2400
Attorneys for **Defendant**
_____/

## STIPULATION AND ORDER FOR VOLUNTARY DISMISSAL WITH PREJUDICE

       **NOW COMES** the Plaintiff, **KARYN RISCH,** by and through her attorney, Richard Lippitt, and hereby voluntarily dismisses with prejudice the above captioned cause in its entirety as to Defendant, **CITY OF ROYAL OAK,** including without limitation, its **POLICE DEPARTMENT**, and without costs or attorney fees to any party.

| | |
|---|---|
| /s/ Richard I. Lippitt (w/consent) | /s/ Eileen K. Husband |
| RICHARD I. LIPPITT | EILEEN K. HUSBAND |
| Attorney for Plaintiff | Attorney for Defendant |

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KARYN RISCH,

       Plaintiff,

                                  CASE NO. 06-12521

v

                                  HON. JOHN CORBETT O'MEARA

CITY OF ROYAL OAK POLICE
DEPARTMENT,

       Defendant.
_____/

RICHARD I. LIPPITT (P-64242)
Attorney for Plaintiff
425 W. Huron, Suite 220
Milford, Michigan 48381
(248) 685-1122

**CUMMINGS, McCLOREY, DAVIS & ACHO, P.L.C.**
By:    **EILEEN K. HUSBAND** (P-38059)
33900 Schoolcraft
Livonia, Michigan 48150
(734) 261-2400
Attorneys for **Defendant**
_____/

## ORDER OF DISMISSAL

       This matter having come before the Court upon Plaintiff's Voluntary Dismissal With Prejudice,

**IT IS HEREBY ORDERED** that the above captioned cause is dismissed with prejudice in its entirety as to Defendant, CITY OF ROYAL OAK including, without limitation, its POLICE DEPARTMENT and without costs and/or attorney fees to any party.


Date: June 24, 2010                               s/John Corbett O'Meara
                                                  United States District Judge